# Court of Appeals
# of the State of Georgia

ATLANTA,  September 25, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0072. IN THE INTEREST OF A.D.C, A CHILD (MOTHER).**

Alisha Holloway has filed a MOTION FOR EXTENSION OF TIME to file an application for discretionary appeal. The motion is hereby GRANTED; Movant is granted a 20-day extension resulting in a due date of October 15, 2025. No further extensions may be granted. OCGA §§ 5-6-35 (d); 5-6-39 (a) (5), (c); Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/25/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*